UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | **VIOLATION: 29 U.S.C. § 501** |
| **KERMIT L. DORSEY,** | : | **(Labor Organization Embezzlement)** |
| | : | |
| **Defendant.** | : | |

# I N F O R M A T I O N

The United States informs the Court**:**

## COUNT ONE

I.	Introduction

At all times material to this Information:

1.	The International Union of Electronic, Electrical, Salaried, Machine, and Furniture Workers and Communications Workers of American (IUE-CWA, the Industrial Division of CWA) was a labor organization headquartered in the District of Columbia and engaged in industry affecting interstate commerce.

2.	Defendant KERMIT DORSEY was employed as the Assistant to the IUE President from approximately October 2000 to January 2004, and he was employed as the CWA District Seven Regional Administrator from approximately January to April 2004.

3. From in or about October 2000 to in or about April 2004, Defendant DORSEY did embezzle, steal, or unlawfully and willfully abstract or convert to his own use, or the use of another, any of the moneys, funds, securities, property, or other assets of the IUE-CWA, of which Defendant DORSEY was an officer, or by which he was employed, directly or indirectly.

**(Labor Organization Embezzlement, in violation of 29 U.S.C. § 501).**

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar 498-610

By: _____
AARON MENDELSOHN
Assistant United States Attorney
United States Attorneys Office
D.C. Bar 467-570
Federal Major Crimes Section
555 4th Street, N.W. (Room 4239)
Washington, D.C. 20530
(202) 514-9519