UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Case No. 07-019 (RJL) |
| v. : | Judge Richard J. Leon |
| KERMIT L. DORSEY, : | **FILED** |
| Defendant. : | FEB 2 2007 |
| : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## CONSENT MOTION

The Defendant in this matter, Kermit L. Dorsey, requests a continuance of his Plea Hearing set for February 8, 2007. The Defendant's primary counsel, S. Michael Miller, is unable to be present on February 8, 2007 and will be out of the country for approximately 2 ½ weeks.

It is sincerely requested that the Plea Hearing be scheduled for either March 9, 2007, March 16, 2007 or March 23, 2007. The Assistant United States Attorney Aaron Mendelsohn has agreed to these dates with the exception that the Plea Hearing would have to be after 11:00 a.m. on March 23, 2007.

Inasmuch as counsel and Defendant are coming in from out-of-state, we would also request that whatever date is chosen, the Plea Hearing be scheduled for 11:00 a.m. or later.

Respectfully submitted,

/s/ S. Michael Miller

S. Michael Miller (OH Supreme Court #0022837)
KEGLER, BROWN, HILL & RITTER
A Legal Professional Association
65 E. State Street, Suite 1800
Columbus, Ohio 43215
(614) 462-5468
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Consent Motion was served via facsimile and ordinary U.S. Mail, postage prepaid, upon the following this 30th day of January 2007:

Aaron Mendelsohn, Esq.
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, NW, Room 4239
Washington, D.C. 20530

Douglas R. Kay, Esq.
Briglia & Hundley, P.C.
1921 Gallows Road, Suite 750
Vienna, VA 22182

_____
S. Michael Miller