IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 1:07-cr-19 |
| | : |
| KERMIT L. DORSEY, | : Judge Richard J. Leon |
| | : |
| Defendant. | : |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

COMES NOW Douglas R. Kay, a member in good standing of the bar of this Court, and, pursuant to Rule LCrR 44.1 of the United States District Court for the District of Colombia, moves this Honorable Court to allow the admission *pro hac vice* of S. Michael Miller as counsel for Defendant. As grounds in support of this motion, I state that:

(1) Mr. Miller's office address is:

KEGLER BROWN HILL & RITTER
Capitol Square, Suite 1800
65 East State Street
Columbus, Ohio 43215-4294
(614) 462-5468

(2) Mr. Miller is an active member in good standing of the Ohio State Bar and that he has been admitted to practice before the United States District Court for the Northern and Southern Districts of Ohio, the United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court.

(3) Mr. Miller has not been disciplined by any bar.

(4) Mr. Miller has not been admitted *pro hac vice* to this Court withing the past two years.

Respectfully submitted,

_____
Douglas R. Kay
BRIGLIA & HUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
703-883-0880
703-883-0899 (fax)

## CERTIFICATE SERVICE

I hereby certify that on this 12 day of March 2007 a true copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was served via e-mail on the following individual:

Aaron Mendelsohn, Esquire
Assistant United States Attorney
United States Department of Justice
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530
Aaron.Mendelsohn@usdoj.gov

_____
Douglas R. Kay

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| x. | : Case No. 1:07-cr-19 |
| KERMIT L. DORSEY, | : Judge Richard J. Leon |
| Defendant. | : |

### DECLARATION OF NON-MEMBER IN SUPPORT OF AMENDED MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, S. Michael Miller, pursuant to Rule LCrR 44.1(d) of the United States District Court for the District of Colombia and in support of the accompanying Motion to Admit Counsel *Pro Hac Vice*, by my signature below, hereby declare as follows:

(1) My office address is:

KEGLER BROWN HILL & RITTER
Capitol Square, Suite 1800
65 East State Street
Columbus, Ohio 43215-4294
(614) 462-5468
mmiller@keglerbrown.com

(2) I am an attorney and counselor at law in the State of Ohio. I am an active member in good standing of the Ohio State Bar, and I have been admitted to practice before the United States District Court for the Northern and Southern Districts of Ohio, the United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court.

(3) I certify that I have not been disciplined by any bar.

(4) I have not been admitted *pro hac vice* to this Court withing the past two years.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 9TH day of March, 2007.

_____
S. Michael Miller

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| w. | : Case No. 1:07-cr-19 |
| | : |
| KERMIT L. DORSEY, | : Judge Richard J. Leon |
| | : |
| Defendant. | : |

### ORDER ADMITTING COUNSEL *PRO HAC VICE*

THIS MATTER came to be heard upon the motion of Douglas R. Kay of Briglia & Hundley, P.C, local counsel, for the admission *pro hac vice* of S. Michael Miller as counsel for Defendant Kermit L. Dorsey in this matter. There being no objection to the motion, and it appearing that S. Michael Miller satisfies the requirements of Rule LCrR 44.1(d) for admission to practice before this Court, it is accordingly

ORDERED that S. Michael Miller is hereby granted permission to appear *pro hac vice* before this Court as defense counsel for Kermit L. Dorsey in any proceedings or matters arising in or related to the above-styled case. This Order shall not be considered as an admission to practice generally before the United States District Court for the District of Columbia.

Entered this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE