CO-526
(12/86)

**FILED**

MAR 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
**vs.** )      Criminal No. 07-019
)
Karnit L. Dorsey )
)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
**Defendant**

_____
**Counsel for Defendant**

I consent:

_____
**United States Attorney**

Approved:

_____
**Judge**