UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Case No. 07-019 (RJL) |
| v. : | Plea Hearing: March 13, 2007 |
| KERMIT L. DORSEY, : | FILED |
| Defendant. : | MAR 1 3 2007 |
| : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## UNITED STATES' SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING OF KERMIT L. DORSEY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.   **STATUTORY PROVISION:**

Title 29, United States Code, Section 501(c): Fiduciary responsibility of officers of labor organizations (Embezzlement of assets; penalty):

> Any person who embezzles, steals, or unlawfully and willfully abstracts or converts to his own use, or the use of another, any of the moneys, funds, securities, property, or other assets of a labor organization of which he is an officer, or by which he is employed, directly or indirectly, shall be fined not more that $10,000 or imprisoned for not more than five years, or both

II.   **COPY OF THE PLEA AGREEMENT:**

A copy of the plea agreement, dated January 16, 2007, executed by undersigned counsel and awaiting execution by Defendant and both counsel for Defendant, is attached hereto.

III. **FACTUAL PROFFER IN SUPPORT OF KERMIT L. DORSEY'S GUILTY PLEA:**

If this case were to go to trial, the Government's evidence would establish the following beyond a reasonable doubt:

At all times relevant to this case, the International Union of Electronic, Electrical, Salaried, Machine, and Furniture Workers and Communications Workers of American (IUE-CWA, the Industrial Division of CWA) was a labor organization headquartered in the District of Columbia and engaged in industry affecting interstate commerce. Defendant Kermit L. Dorsey was employed as the Assistant to the IUE President from approximately October 2000 to January 2004, and he was employed as the CWA District Seven Regional Administrator from approximately January to April 2004. From in or about October 2000 to in or about April 2004, Defendant embezzled $22,798.29 from the IUE-CWA by submitted approximately 200 fraudulent restaurant receipts with his expense vouchers to the IUE-CWA and then converting the $22,798.29 that he was reimbursed by the IUE-CWA to his own use.

Respectfully submitted,
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____
AARON H. MENDELSOHN
Assistant United States Attorney
Bar No. 467-570
Federal Major Crimes Section
555 4th Street, N.W. (Room 4239)
Washington, D.C. 20530
(202) 514-9519

## DEFENDANT'S ACCEPTANCE

I have read this plea agreement. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: 3/13/07

Kermit L. Dorsey
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement. These pages accurately and completely sets forth the entire plea agreement. I concur in my client's desire to plead guilty as set forth in this agreement.

Date: 3/13/07

S. Mike Miller, Esquire
Attorney for the Defendant

Date: 3/13/07

Douglas Kay, Esquire
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing to be served upon counsels for the defendant, S. Mike Miller and Douglas Kay, Esquire this 30th day of January, 2007.

Aaron H. Mendelsohn
Assistant United States Attorney