UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Case No: 07-019 (RJL) |
| v. | : | |
| KERMIT L. DORSEY | : | |

**FILED**

MAR 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon oral motion of the Government, and for good cause shown, it is this 13th day of March, 2007, hereby ORDERED that the defendant, Kermit L. Dorsey, report on the afternoon of March 13, 2007, to the central cellblock at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing and processing on a charge contained in the information against him in this case with U.S. Department of Labor Investigator Molly Harkin.

JUDGE RICHARD J. LEON

Cc:   Aaron Mendelsohn, Esq.
      Assistant United States Attorneys
      555 4th Street, N.W., Room 4239
      Washington, D.C. 20530

      Douglas R. Kay, Esq.
      Briglia & Hundley, P.C.
      1921 Gallows Road, Suite 750
      Vienna, VA 22182

