UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Case No. 07-019 (RJL) |
| | : | |
| v. | : | Sentencing Date: June 22, 2007 |
| | : | |
| **KERMIT L. DORSEY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following memorandum to assist the Court in issuing an appropriate sentence in this case.

1. Pursuant to a plea agreement, Defendant Kermit L. Dorsey pled guilty on March 13, 2007, to a one-count Criminal Information charging him with Embezzlement from a Labor Union, in violation of Title 29 U.S.C. Section 501©.

2. Defendant has no prior criminal convictions.

3. Based upon a total offense level of 10, and Defendant's criminal history category of I, the guideline range for imprisonment is 6 to 12 months. The statutory maximum term of imprisonment for a violation of 29 U.S.C. Section 501© is 5 years.

4. Pursuant to Defendant's March 13, 2007 guilty plea, Defendant acknowledged certain relevant criminal conduct in his factual proffer. Specifically, Defendant acknowledged knowingly and willfully embezzling approximately $22,798 from the International Union of Electronic, Electrical, Salaried, Machine, and Furniture Workers and Communication Workers of America (IUE-CWA) – a labor organization headquartered in the District of Columbia and engaged in industry affecting interstate commerce – from in or about October 2000 through in or about April

2004, while Defendant was employed first as the Assistant to the IUE President and later as the CWA District Seven Regional Administrator.

5.	In this case, pursuant to paragraph 5 of the January 16, 2007 plea agreement letter executed by the parties, the Government agreed not to request a sentence of incarceration for Defendant and not to oppose a sentence of probation. As such, the Government respectfully requests that the Court impose a period of probation consistent with the provisions of Zone B of the applicable sentencing guideline range. In addition, the Government respectfully requests that the Court order Defendant to complete 500 hours of community service as a condition of his probation.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NO. 498-610

By:    /s/
AARON H. MENDELSOHN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 467-570
FEDERAL MAJOR CRIMES SECTION
(202) 514-9519

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon the attorney for the defendant, Douglas Kay, Esquire, this 15th day of June, 2007.

   /s/
AARON H. MENDELSOHN
ASSISTANT UNITED STATES ATTORNEY