HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-00019-01</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| DORSEY, Kermit | : | Disclosure Date: <u>May 18, 2007</u> |

**FILED**

JUN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
**Prosecuting Attorney**                                                       **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                    _____  6/4/07
**Defendant**          **Date**                            **Defense Counsel**          **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **June 1, 2007**, to U.S. Probation Officer **Linsey Epson**, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer





**BRIGLIA & HUNDLEY, P.C.**

**Douglas R. Kay**
(703) 883-0206
dkay@briglia-hundley.com

1921 Gallows Road
Suite 750
Vienna, VA 22182

Telephone: 703-883-0880
Facsimile: 703-883-0899

www.briglia-hundley.com

June 4, 2007

**VIA FACSIMILE (202) 273-0242**

Ms. Linsey Epson
Probation Officer
Office of United States Probation
333 Constitution Avenue, NW, #2800
Washington, DC 20001

    Re:    <u>United States v. Kermit Dorsey</u>
            Case No.: CR-07-00019-01

Dear Ms. Epson:

    I am in receipt of your Presentence Investigation Report (PSR) and have now reviewed it with my client. Attached hereto is my acknowledgement of same. We would like bring to your attention the following factual inaccuracies:

    On page 2 under "Dependents" it indicates "23." It should read three (3) dependents.

    On page 5, Mr. Dorsey's sister Janet's last name is Zirkle (not "Zirkel"). His other sister Sondra Poling lives in Urbana (not "Erbana").

    On Page 7, Mr. Dorsey has worked as both a group leader and a toolmaker apprentice.

    If you have any questions or concerns, please contact me.

                                  Sincerely,

                                  Douglas R. Kay
                                  BRIGLIA & HUNDLEY, P.C

Attachment
cc:    Aaron H. Mendelsohn, Esquire