HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-00019-01</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| DORSEY, Kermit | : | Disclosure Date: <u>May 18, 2007</u> |

**FILED**

JUN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     5-30-07
Prosecuting Attorney                    Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____      _____
Defendant          Date                   Defense Counsel        Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>June 1, 2007</u>, to U.S. Probation Officer <u>Linsey Epson</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                                          Page 2

PLEASE NOTE THAT, ON PAGE 3/PARAGRAPH 5 OF THE PLEA AGREEMENT IN THIS CASE, THE "GOVERNMENT AGREE[D] NOT TO REQUEST A SENTENCE OF INCARCERATION FOR [MR. DORSEY] AND NOT TO OPPOSE A SENTENCE OF PROBATION IN THIS CASE."

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 5-30-07